1  Marc X. Carlos
   California Bar # 132987
2  424 "F" Street, Suite A
   San Diego, CA 92101
3  Telephone: (619) 702-3226
   Facsimile: (619) 702-5415
4
   Attorneys for Defendant
5  EFRAIN ARMENTA

6

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10               (HONORABLE MARILYN L. HUFF)

11

12
   UNITED STATES OF AMERICA,    )   CASE NO. 06CR1322-H
13                              )
              Plaintiff,        )
14                              )   STIPULATION FOR CONTINUANCE
       v.                       )   OF SENTENCING HEARING
15                              )
                                )
16 EFRAIN ARMENTA,              )
                                )
17            Defendant.        )
                                )
18

19      IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES

20 OF AMERICA, by and through its counsel, Charles Lisherness, Assistant United States Attorney,

21 and defendant EFRAIN ARMENTA, by and through his counsel, Marc X. Carlos, that the

22 sentencing hearing for the above-named defendant currently scheduled for September 18, 2006 at

23 9:00 a.m. be continued to November 6, 2006 at 9:00 a.m..

24 //

25 //

26 //

27

28

06CR1322-H

FILED
06 SEP 15 PM 4:05
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                    DEPUTY

IT IS SO STIPULATED AND AGREED.

Date: 9/14/06

MARC X. CARLOS
Attorney for EFRAIN ARMENTA

Date: 9/14/06

CHARLES LISHERNESS
Assistant U.S. Attorney

- 2 -

06CR1322-H

## ORDER

IT IS HEREBY ORDERED that the Defendant's sentencing hearing currently scheduled for September 18, 2006 at 9:00 a.m. be continued to November 6, 2006 at 9:00 a.m..

DATED: 9/15/06

HON. MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

06CR1322-H